# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KEEVA T. O'NEAL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LEIGH ANN RETELSDORF, Douglas County District Judge; and JOHN FRIEND, Douglas County District Court Clerk;<br><br>　　　　　　Defendants. | **8:17CV33**<br><br>**MEMORANDUM AND ORDER** |

　　　On April 13, 2017, the court ordered Plaintiff to file an amended complaint no later than May 13, 2017, or face dismissal of this action. To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

　　　IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

　　　Dated this 16th day of May, 2017.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　　Senior United States District Judge